UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PANTOJA, et al., | Case No. 8:18-cv-01798-JLS-JDE |
| Plaintiff, | ORDER STAYING ACTION PENDING FINAL SETTLEMENT, REMOVING CASE FROM ACTIVE CASELOAD, AND FILING OF DISMISSAL |
| v. | |
| TRAVELODGE ANAHEIM INTERNATIONAL INN, et al. | |
| Defendant(s). | |

On November 26, 2018, the parties filed a Joint Notice of Settlement (doc. 13), indicating that the case has fully settled. Based thereon, the Court hereby orders all proceedings in the case stayed pending final settlement.

It is further ordered that this action is removed from the Court's active caseload, subject to the right upon good cause shown within sixty (60) days, to reopen the action if settlement is not consummated.

///

///

The parties shall file a Stipulation of Dismissal no later than
January 28, 2019. If no dismissal is filed, the Court deems the
matter dismissed at that time.
     The Court retains full jurisdiction over this action and this
order shall not prejudice any party in the action.


IT IS SO ORDERED.


     DATED: November 27, 2018

                                   JOSEPHINE L. STATON
                                   _____
                                   HONORABLE JOSEPHINE L. STATON
                                   UNITED STATES DISTRICT JUDGE