UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| JOSE PANTOJA; IGNACIO VEGA; MARIA PEREZ; and IGNACIO VEGA, JR.,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELODGE ANAHEIM INTERNATIONAL INN; RAMADA ANAHEIM CONVENTION CENTER HOTEL; MANIFOLD PACIFIC INT'L INVESTMENT LLC; GOLDEN TOKEN LLC; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO.: 8:18-cv-01798-JLS (JDEx)<br><br>**ORDER GRANTING JOINT STIPULATION RE DISMISSAL WITH PREJUDICE**<br>**[FED. R. CIV. PROC. 41(a)(1)(A)(ii)]**<br><br>Courtroom 10A |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| 1 | Pursuant to the stipulation among the Parties, the Court hereby retains |
| 2 | jurisdiction to enforce the settlement agreement among the parties, and dismisses the |
| 3 | above-entitled action with prejudice in its entirety. |
| 4 | |
| 5 | **IT IS SO ORDERED.** |

DATED: January 8, 2019

_____JOSEPHINE L. STATON_____
Honorable Josephine L. Staton
United States District Court Judge